IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TROAS V. BARNETT,

      Plaintiff,                        CV F 05 1022 OWW WMW   P

vs.                              ORDER RE MOTION (DOC 10)

DAVID NORMAN, et al.,

      Defendants.

      Plaintiff is a state prisoner proceeding pro se.  Pending before the court is Plaintiff's motion requesting the court to order service of process of the original complaint. Subsequently, plaintiff filed a first amended complaint, which is now before the court. Accordingly, IT IS HEREBY ORDERED that plaintiff's request is denied as moot.

IT IS SO ORDERED.

**Dated:   March 16, 2006**                /s/  William M. Wunderlich
mmkd34                                UNITED STATES MAGISTRATE JUDGE

1