IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TROAS V. BARNETT,

        Plaintiff,        CV F 05 1022 OWW WMW P

  vs.                     ORDER RE MOTION (DOC 23)

DAVID NORMAN, et al.,

        Defendants.

      Plaintiff has filed a motion titled as a motion for temporary restraining order.  A review of Plaintiff's motion, however, reveals that Plaintiff seeks discovery.  Until such time as a discovery order has been entered, no discovery may be had by any party.

      Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for discovery is denied. IT IS SO ORDERED.

Dated:   September 6, 2007          /s/  William M. Wunderlich
                                        UNITED STATES MAGISTRATE JUDGE

1