IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TROAS V. BARNETT,

      Plaintiff,             CV F 05 1022 OWW WMW P

  vs.                        ORDER RE MOTION (DOC 17)

DAVID NORMAN, et al.,

      Defendants.

     Plaintiff has filed a motion seeking the return of exhibits attached to his original complaint. It is inappropriate to attach exhibits to a complaint. See Rule 8, Federal Rules of Civil Procedure. Further, the court cannot serve as a repository for the parties' evidence. Originals or copies of evidence (i.e., prison or medical records, witness affidavits, etc.) should not be submitted until the course of litigation brings the evidence into question (for example, on a motion for summary judgment, at trial, or when requested by the court).

     Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion to return exhibits is granted. The Clerk's Office is directed to return to Plaintiff the exhibits attached to his original complaint. IT IS SO ORDERED.

Dated:   September 6, 2007          /s/ William M. Wunderlich
                                              UNITED STATES MAGISTRATE JUDGE