**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

**TROAS V. BARNETT,**

    **Plaintiff,**     CV F 05 1022 OWW WMW P

    vs.     **ORDER RE MOTIONS (DOCS 18, 28)**

**DAVID NORMAN, et al.,**

    **Defendants.**

Plaintiff has filed a motion requesting the court to "re-direct the current custodians of plaintiff to make the payments of the filing fee from plaintiff's account as directed by the court." The order directing payment of the filing fee is directed to the California Department of Corrections and Rehabilitation and was served upon the financial office of the CDCR. Plaintiff's motion should therefore be denied.

Plaintiff has also filed a motion requesting the return of exhibits. An order has been entered, directing the Clerk's Office to return to Plaintiff the exhibits attached to his original complaint. This motion should therefore be denied.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion to redirect the payment of his filing fee and for the return of exhibits is denied. IT IS SO ORDERED.

Dated:   September 7, 2007        /s/ William M. Wunderlich
                                                UNITED STATES MAGISTRATE JUDGE