IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROAS V. BARNETT, | 1:05-cv-01022-OWW-WMW (PC) |
| Plaintiff, | ORDER GRANTING FIRST MOTION TO EXTEND TIME TO FILE THIRD AMENDED COMPLAINT |
| vs. | |
| DAVID NORMAN, et al., | (DOCUMENT #37) |
| Defendants. | (30) THIRTY DAY DEADLINE |
| _____/ | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On September 12, 2008, plaintiff filed a motion to extend time to file third amended complaint. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty (30) days from the date of service of this order in which to file third amended complaint.

IT IS SO ORDERED.

**Dated:   September 17, 2008**          **/s/  William M. Wunderlich**
                                                              UNITED STATES MAGISTRATE JUDGE