IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TROAS V. BARNETT,

        Plaintiff,        1: 05 CV 1022 OWW WMW PC

  vs.                      ORDER

DAVID NORMAN, et al.,

        Defendants.

On September 18, 2008, an order was entered, granting Plaintiff's request for an extension of time in which to file a third amended complaint. On October 17, 2008, Plaintiff filed a document titled as a request for confirmation of receipt of his amended complaint. The court has not received for filing Plaintiff's third amended complaint. Accordingly, IT IS HEREBY ORDERED that Plaintiff is granted a further extension of time of thirty days from the date of service of this order in which to file a third amended complaint.

IT IS SO ORDERED.

**Dated:   October 28, 2008**           /s/  William M. Wunderlich
                                                   UNITED STATES MAGISTRATE JUDGE