IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TROAS V. BARNETT,

        Plaintiff,           1: 05 CV 1022 OWW WMW PC

    vs.                      ORDER RE MOTION (DOC 34)

DAVID NORMAN, et al.,

        Defendants.

      Plaintiff has filed a motion seeking the refund of overpayment of the filing fee. A review of court financial records indicates that money has been collected from Plaintiff's inmate trust account in excess of the $250 filing fee.

      Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for a refund is granted. An order directing the refund will issue separately.

IT IS SO ORDERED.

**Dated:   March 30, 2009**           /s/  William M. Wunderlich
                                                 UNITED STATES MAGISTRATE JUDGE