IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TROAS V. BARNETT,

        Plaintiff,                    1: 05 CV 1022 OWW WMW PC

    vs.                              ORDER RE MOTION (DOC 36)

DAVID NORMAN, et al.,

        Defendants.

     Plaintiff has filed a motion for discovery. Until such time as a discovery order has been entered, no discovery may be had by any party. Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for discovery is denied.

IT IS SO ORDERED.

**Dated: April 13, 2009**                /s/ **William M. Wunderlich**
                                              UNITED STATES MAGISTRATE JUDGE