FILED

MAY - 7 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
J. HELLINGS
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TROAS V. BARNETT,
CDCR E-29521

        Plaintiff,

vs.

DAVID NORMAN, et al.,

        Defendants.

1: 05 CV 1022 OWW WMW PC

ORDER DIRECTING REFUND

On March 30, 2009, an order was entered, indicating that a review of court financial records revealed that money had been collected from Plaintiff's inmate trust account in excess of the $250 filing fee. Plaintiff's motion for a refund of the overpayment was granted. This order directing the refund is issued separately.

Accordingly, IT IS HEREBY ORDERED that:

1. The Kern Valley State Prison Trust Account Office is directed to stop collecting and forwarding funds from Plaintiff's inmate trust account.

1. The Financial Office of the U.S. District Court is directed to forward a refund of $98.00 to Plaintiff's inmate trust account.

2. The Clerk's Office is directed to serve a copy of this order on the Financial

1

1 | Department, U.S. District Court, Eastern District of California, Fresno Division.

2 |     3. The Clerk's Office is directed to serve a copy of this order on the Director of the California Department of Corrections and Rehabilitation.

4 |     4. The Clerk's Office is directed to serve a copy of this order on the Trust Account Office, Kern Valley State Prison.

DATED: 5/4/09

WILLIAM M. WUNDERLICH
UNITED STATES MAGISTRATE JUDGE