# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROAS V. BARNETT,<br><br>        Plaintiff,<br><br>    v.<br><br>DAVID NORMAN, et al.,<br><br>        Defendants.<br>_____ / | CASE NO. 1:05-cv-01022-GBC (PC)<br><br>ORDER REQUIRING DEFENDANTS TO FILE OPPOSITION OR STATEMENT OF NON-OPPOSITION TO PLAINTIFF'S MOTION FOR RETENTION OF MRI RADIOGRAPHS AND MOTION FOR PLACING PHOTOGRAPHS UNDER SEAL<br><br>(Docs. 70, 80)<br><br>THIRTY-DAY DEADLINE |

    On August 19, 2010, Plaintiff filed a motion for retention of MRI radiographs. (Doc. 70). On November 12, 2010, Plaintiff filed a motion to place photographs under seal. (Doc. 80). Defendants were required to file an opposition or a statement of non-opposition to the motion within twenty-one days, but has not done so. Local Rule 78-230(m).

    Accordingly, within **thirty (30) days** from the date of service of this order, Defendants must file an opposition or a statement of non-opposition to the above-mentioned motions.

IT IS SO ORDERED.

Dated:   May 10, 2011                                                                      
                                                                 UNITED STATES MAGISTRATE JUDGE

1