# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROAS V. BARNETT, | CASE NO. 1:05-cv-01022-GBC (PC) |
| Plaintiff, | ORDER DENYING MOTION FOR LEAVE TO DEPOSE INMATES BY WRITTEN QUESTIONS |
| v. | |
| DAVID NORMAN, et al., | (Doc. 76) |
| Defendants. | |

Plaintiff Troas V. Barnett ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the complaint commencing this action on August 9, 2005. (Doc. 1). On July 20, 2010, the Court issued a Discovery/Scheduling Order establishing a deadline of March 20, 2011, for completion of discovery, including motions to compel, and a deadline of May 31, 2011, for filing pretrial dispositive motions. (Docs. 59, 77). On October 21, 2010, Plaintiff filed a motion to take written depositions of inmates. (Doc. 76).

Depositions by written questions entail more than mailing questions to the deponents and awaiting their written responses. Although the Court will assist Plaintiff in facilitating Defendants' depositions of inmates by written questions, Plaintiff is cautioned that he must be able to pay the costs associated with conducting the deposition, including compensating an officer to conduct the deposition. Fed. R. Civ. P. 31(b). The in forma pauperis statute does not entitle Plaintiff to relief from the costs associated with conducting his own discovery. 28 U.S.C. § 1915.

///

Accordingly, Plaintiff's motion for leave to depose Defendants by written questions is HEREBY DENIED, without prejudice. If Plaintiff is able to make an offer of proof that he is willing and able to pay the costs associated with deposing inmate witnesses, he may renew his motion within fifteen days from the date of service of this order.

IT IS SO ORDERED.

Dated:    June 24, 2011

UNITED STATES MAGISTRATE JUDGE