# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROAS V. BARNETT,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DAVID NORMAN, et al.,<br><br>　　　　　Defendants.<br>_____ / | CASE NO. 1:05-cv-01022-GBC (PC)<br><br>ORDER STRIKING PLAINTIFF'S MOTION FOR RULINGS ON PENDING MOTIONS<br><br>(Doc. 123) |

Plaintiff Troas V. Barnett ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the complaint commencing this action on August 9, 2005. (Doc. 1). On October 6, 2011, Plaintiff filed a motion requesting that the Court issue orders on Plaintiff's motion for reconsideration and motion for subpoenas. (Doc. 123). As all pending motions have been resolved, Plaintiff's motion for Court action is moot and is HEREBY STRICKEN. (Doc. 123).

IT IS SO ORDERED.

Dated: October 25, 2011

　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE