# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROAS V. BARNETT,<br><br>        Plaintiff,<br><br>    v.<br><br>DAVID NORMAN, et al.,<br><br>        Defendants.      / | CASE NO. 1:05-cv-01022-GBC (PC)<br><br>ORDER DENYING MOTION TO SET PRETRIAL<br><br>(Doc. 98) |

Plaintiff Troas V. Barnett ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the complaint commencing this action on August 9, 2005. (Doc. 1). On July 20, 2010, the Court issued a Discovery/Scheduling Order establishing a deadline of March 20, 2011 for completion of discovery, including motions to compel, and a deadline of May 31, 2011 for filing pretrial dispositive motions. (Docs. 59, 77). On May 20, 2011, Plaintiff filed a motion requesting to set pretrial according to Local Rule 280. (Doc. 98). On July 22, 2011, Plaintiff filed a motion requesting extension of discovery. (Doc. 113). On October 24, 2011, the Court granted Plaintiff's motion to extend discovery and extended the discovery cut-off date to March 15, 2012. As Plaintiff requested for discovery to be extended and since discovery has been extended, Plaintiff's motion indicating readiness for trial is premature.

///

///

///

1

Based on the foregoing, it is HEREBY ORDERED that Plaintiff's motion seeking to set pretrial, filed May 20, 2011, is DENIED (Doc. 98).

IT IS SO ORDERED.

Dated:   October 25, 2011

_____
UNITED STATES MAGISTRATE JUDGE