# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROAS V. BARNETT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DAVID NORMAN, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:05-cv-01022 (PC)<br><br>**ORDER AMENDING SECOND SCHEDULING ORDER FILED ON JUNE 25, 2012**<br>(Doc. 142)<br><br>**ORDER VACATING ORDER RE: CONSENT FILED ON JUNE 25, 2012**<br>(Doc. 143) |

　　Plaintiff Troas V. Barnett ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the complaint commencing this action on August 9, 2005. Doc. 1. This action now proceeds under the Third Amended Complaint, filed on October 30, 2008, against Defendants Martin Gamboa, Angel Duran and Manuel Torres ("Defendants") for events that occurred at California Substance Abuse Treatment Facility, Corcoran. Doc. 48. Plaintiff is currently housed at Kern Valley State Prison.

　　On August 17, 2005, Plaintiff consented to magistrate judge jurisdiction. Doc. 9. On July 30, 2010, Defendants Duran and Torres consented to magistrate jurisdiction. Doc. 62. On December 29, 2010, Defendant Gaboa consented to magistrate jurisdiction. Doc. 93. On June 25, 2012, the Court issued an order regarding whether the parties wish to consent or decline magistrate jurisdiction. Doc. 143.

　　Given that all the parties have given consent to magistrate jurisdiction, it is HEREBY ORDERED that:

1. The Court's second scheduling order filed on June 25, 2012, is amended to omit the requirement for parties to submit in writing whether they consent to magistrate judge jurisdiction (Doc. 142); and

2. The Court VACATES its order regarding consent to magistrate jurisdiction filed on June 25, 2012 (Doc. 143).

IT IS SO ORDERED.

Dated:   June 25, 2012

UNITED STATES MAGISTRATE JUDGE