# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROAS V. BARNETT,<br><br>         Plaintiff,<br><br>   v.<br><br>DAVID NORMAN, et al.,<br><br>         Defendants.<br>_____/ | CASE NO. 1:05-cv-01022 (PC)<br><br>**ORDER AMENDING PRETRIAL HEARING**<br><br>Trial Confirmation Hearing:<br>October 11, 2012 at 8:30 a.m. in Courtroom 3 |

   Plaintiff Troas V. Barnett ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the complaint commencing this action on August 9, 2005. Doc. 1. This action now proceeds under the Third Amended Complaint, filed on October 30, 2008, against Defendants Martin Gamboa, Angel Duran and Manuel Torres ("Defendants") for events that occurred at California Substance Abuse Treatment Facility, Corcoran. Doc. 48. Plaintiff is currently housed at Kern Valley State Prison.

///
///
///
///
///

1   On June 25, 2012, the Court issued the second scheduling order. Doc. 142. The second
2 scheduling order is now amended as follows: the telephonic trial confirmation hearing set on October
3 1, 2012, at 3:00 p.m. in Courtroom 3 will **NO LONGER BE TELEPHONIC** and will take place
4 on **October 11, 2012, at 8:30 a.m. in Courtroom 3.** The Court will issue the appropriate writ to
5 bring Plaintiff to Court at the scheduled time.

7   IT IS SO ORDERED.

8   Dated:   August 8, 2012

9                                                                    UNITED STATES MAGISTRATE JUDGE