# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROAS V. BARNETT, | CASE NO. 1:05-cv-01022-GBC (PC) |
| Plaintiff, | ORDER DENYING AS MOOT MOTION TO SET ACTION FOR PRETRIAL |
| v. | (Doc. 136) |
| DAVID NORMAN, et al., | |
| Defendants. | |

Plaintiff Troas V. Barnett ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On May 11, 2012, Plaintiff fled a motion to set this action for pretrial. Doc. 136. On June 25, 2012, the Court issued an order setting trial for January 15, 2013, thus Plaintiff's motion is moot. Doc. 142.

Based on the foregoing, it is HEREBY ORDERED that Plaintiff's motion filed on May 11, 2012, requesting the Court to set the action for pretrial is DENIED as moot. Doc. 136.

IT IS SO ORDERED.

Dated:   October 3, 2012

UNITED STATES MAGISTRATE JUDGE

1