# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROAS V. BARNETT,<br><br>          Plaintiff,<br><br>     v.<br><br>DAVID NORMAN, et al.,<br><br>          Defendants.<br>_____ / | CASE NO. 1:05-cv-01022-GBC (PC)<br><br>ORDER DENYING AS UNNECESSARY PLAINTIFF'S MOTION FOR COURT TO ISSUE A WRIT OF HABEAS CORPUS TESTIFICANDUM<br><br>(Doc. 149) |

Plaintiff Troas V. Barnett ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed the complaint commencing this action on August 9, 2005.  Doc. 1.  On June 25, 2012, the Court issued an order setting trial for January 15, 2013.  Doc. 142.  On July 27, 2012, Plaintiff filed a motion requesting that the Court order for Plaintiff to be present in court for trial.  Doc. 149.  Also in the motion, Plaintiff submits a proposed order which includes language allowing Plaintiff to appear in Court wearing civilian clothes.  Doc. 149.

As a matter of course, the Court will order Plaintiff to be present for his trial, thus Plaintiff's motion will be disregarded as unnecessary.  To the extent that Plaintiff wishes to wear civilian clothes for trial, he may raise the issue at the pretrial hearing scheduled for October 11, 2012.

///

///

1     Based on the foregoing, it is HEREBY ORDERED that Plaintiff's motion filed on July 27, 2012, requesting an order for Plaintiff to be brought to court for trial is DENIED.  (Doc. 149).

IT IS SO ORDERED.

Dated:   October 4, 2012                                          
                                                    UNITED STATES MAGISTRATE JUDGE