# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROAS V. BARNETT, | CASE NO. 1:05-cv–01022-BAM PC |
| Plaintiff, | |
| v. | ORDER CONTINUING JURY TRIAL TO JANUARY 22, 2013, AT 8:30 A.M. IN COURTROOM 8 |
| MARTIN GAMOBA, ANGEL DURAN, and MANUEL TORRES, | |
| Defendants. | |

Plaintiff Troas V. Barnett is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On October 2, 2012, this action was reassigned to the undersigned. Due to scheduling conflicts, the motions in limine hearing shall be moved to 10:00 a.m. on January 15, 2013, and the jury trial shall be continued to January 22, 2013. Accordingly, IT IS HEREBY ORDERED that:

1. The jury trial set for January 15, 2013, at 8:30 a.m. in Courtroom 9 is vacated;

2. This matter is set for jury trial before the undersigned on **January 22, 2013, at 8:30 a.m.** in Courtroom 8 (BAM);

3. Motions in limine shall be continued before the undersigned from January 15, 2013, at 8:30 a.m. to **January 15, 2013, at 10:00 a.m.** in Courtroom 8 (BAM);

///
///
///

1

4. The motions in limine hearing shall be held by telephonic conference and counsel for Defendant is required to arrange for the participation of Plaintiff in the telephonic motions in limine hearing and to initiate the telephonic hearing at **(559) 499-5680.**

IT IS SO ORDERED.

Dated:   **October 15, 2012**                     /s/ **Barbara A. McAuliffe**
                                                  UNITED STATES MAGISTRATE JUDGE