# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROAS V. BARNETT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MARTIN GAMBOA, ANGEL DURAN,<br>and MANUEL TORRES,<br><br>　　　　　Defendants.<br>　　　　　　　　　　　　　　　　　/ | CASE NO. 1:05-cv–01022-BAM PC<br><br>ORDER DIRECTING DEFENDANTS TO ARRANGE FOR TELECOMMUNICATIONS DEVICE FOR THE DEAF FOR THE JANUARY 15, 2013 HEARING |

　　　A telephonic motion in limine hearing is set for January 15, 2013, at 10:00 a.m. in Courtroom 8 in this action. Plaintiff has indicated in his prior filings that he uses a hearing aid and experienced some difficulty hearing during the October 11, 2012, telephonic hearing. The Court has contacted the litigation coordinator at Kern Valley State Prison, where Plaintiff is currently housed, and was informed that a telecommunications device for the deaf is available for use during the telephonic hearing. Accordingly, Defendants are HEREBY ORDERED to make arrangements with the litigation coordinator at Kern Valley State Prison for Plaintiff to use the telecommunications device for the deaf during the January 15, 2013, hearing.

　　　IT IS SO ORDERED.

Dated:　December 21, 2012　　　　　　　　/s/ Barbara A. McAuliffe
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1