# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROAS V. BARNETT,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MARTIN GAMBOA, ANGEL DURAN,<br>and MANUEL TORRES,<br><br>　　　　Defendants.<br>_____ / | CASE NO. 1:05-cv-01022-BAM (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR TRIAL SCHEDULE<br><br>(ECF No. 240.) |

Plaintiff Troas V. Barnett ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding against Defendants Martin Gamboa, Angel Duran and Manuel Torres for the use of excessive force, and against Defendant Torres for failure to intervene in violation of the Eighth Amendment. The matter is currently set for trial on January 22, 2012.

On January 2, 2013, Plaintiff filed the instant motion for a "trial schedule," explaining that he "cannot reasonably anticipate the duration and extent of time in which it will take for jury selection voir dire and impanelment of the jury." (ECF No. 240.) Plaintiff also identifies the order of witnesses that he intends to call at trial. It is not the Court's practice to issue a "trial schedule." Accordingly, Plaintiff's motion for a trial schedule is DENIED.

To the extent Plaintiff also requests transportation of incarcerated witnesses Sven Johnson, Phillip Conti and Darrell King, the Court previously addressed transportation of these witnesses by

separate order. On December 13, 2012, the Court granted Plaintiff's request for production of inmates Conti and King, but denied his request for production of inmate Johnson.[1] Further, on January 2, 2013, the Court ordered the transportation of witnesses Conti and King for trial. (ECF Nos. 225 and 226.) Accordingly, to the extent Plaintiff is seeking additional orders of transportation, his request is DENIED.

IT IS SO ORDERED.

Dated: **January 14, 2013**        /s/ **Barbara A. McAuliffe**
                                          UNITED STATES MAGISTRATE JUDGE

---

[1] The Court notes that Plaintiff's objections regarding the order denying production of incarcerated witness Sven Johnson are pending. (ECF No. 239.) Plaintiff's objections will be addressed by separate order.

2