# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROAS V. BARNETT,<br><br>  Plaintiff,<br><br>  v.<br><br>MARTIN GAMBOA, ANGEL DURAN, and MANUEL TORRES,<br><br>  Defendants. | CASE NO. 1:05-cv–01022-BAM PC<br><br>ORDER REGARDING REQUEST OF INMATE WITNESS DARRELL WAYNE KING CDCR #J-96720 TO QUASH THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM<br><br>(ECF No. 258.) |

On January 2, 2013, the Court issued an order and writ of habeas corpus ad testificandum to transport Darrell King, an inmate currently housed at Pleasant Valley State Prison, as a necessary and material witness for Plaintiff Troas V. Barnett in this action. (ECF No. 225.)

On January 14, 2013, inmate witness Darrell King filed a request to quash the writ of habeas corpus ad testificandum. (ECF No. 258.) Inmate King declares that he cannot and will not testify to things he did not see. He also declares that he cannot provide any relevant information at trial and that he does not wish to attend trial.

The Court has reviewed Inmate King's papers, but will not act on his request at this time.
IT IS SO ORDERED.

Dated:  **January 15, 2013**          /s/ **Barbara A. McAuliffe**
                                      UNITED STATES MAGISTRATE JUDGE