

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROAS V. BARNETT, | CASE NO. 1:05-cv-01022-BAM PC |
| Plaintiff, | |
| v. | ORDER REQUIRING PRODUCTION OF ANGEL DURAN FOR TRIAL ON JANUARY 23, 2013, AT 8:00 A.M. |
| MARTIN GAMBOA, ANGEL DURAN, and MANUEL TORRES, | |
| Defendants. | |

Angel Duran, booking number #1200020466, shall be produced to testify before the United States District Court, at 2500 Tulare Street in Fresno, California at 8:00 a.m. on Wednesday, January 23, 2013, and from day to day until completion of the proceedings or as ordered by the Court.

It is so ORDERED.

DATED: 1/23/13

BARBARA A. McAULIFFE
UNITED STATES MAGISTRATE JUDGE

1