

FILED
JAN 2 3 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROAS V. BARNETT,<br><br>        Plaintiff,<br><br>    v.<br><br>MARTIN GAMBOA, ANGEL DURAN, and MANUEL TORRES,<br><br>        Defendants. | CASE NO. 1:05-cv-01022-BAM PC<br><br>ORDER REQUIRING PRODUCTION OF ANGEL DURAN FOR TRIAL ON JANUARY 24, 2013, AT 8:00 A.M. |

    Angel Duran, booking number #1200020466, shall be produced to testify before the United States District Court, at 2500 Tulare Street in Fresno, California at 8:00 a.m. on Thursday, January 24, 2013, and from day to day until completion of the proceedings or as ordered by the Court.

    It is so ORDERED.

DATED: 1/23/13

BARBARA A. McAULIFFE
UNITED STATES MAGISTRATE JUDGE

1