

FILED

JAN 22 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROAS V. BARNETT, | CASE NO. 1:05-cv–01022-BAM PC |
| Plaintiff, | NOTICE AND ORDER THAT WITNESS **DARRELL KING, CDCR J-96720**, IS NO LONGER NEEDED AS WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |
| v. | |
| MARTIN GAMBOA, ANGEL DURAN, and MANUEL TORRES, | |
| Defendants. | |
| _____/ | |

Jury trial in this matter commenced on January 22, 2013. Witness, Darrell King, CDCR J-96720, is no longer needed by the Court as a witness in these proceedings. Accordingly, the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

DATED: ___1/22/13___          _____

BARBARA A. McAULIFFE
UNITED STATES MAGISTRATE JUDGE