FILED

JAN 22 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROAS V. BARNETT, | CASE NO. 1:05-cv-01022-BAM PC |
| Plaintiff, | NOTICE AND ORDER THAT WITNESS **PHILLIP CONTI, CDCR C-86098**, IS NO LONGER NEEDED AS WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |
| v. | |
| MARTIN GAMBOA, ANGEL DURAN, and MANUEL TORRES, | |
| Defendants. | |

Jury trial in this matter commenced on January 22, 2013. Witness, Phillip Conti, CDCR C-86098, is no longer needed by the Court as a witness in these proceedings. Accordingly, the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

DATED: 1/22/13

_____
BARBARA A. McAULIFFE
UNITED STATES MAGISTRATE JUDGE

1