FILED

JAN 24 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROAS V. BARNETT,<br><br>        Plaintiff,<br><br>   v.<br><br>MARTIN GAMBOA, ANGEL DURAN, and MANUEL TORRES,<br><br>        Defendants.<br>_____ / | CASE NO. 1:05-cv–01022-BAM PC<br><br>NOTICE AND ORDER THAT **ANGEL DURAN, BOOKING NUMBER #1200020466**, IS NO LONGER NEEDED AS WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

Jury trial in this matter commenced on January 22, 2013. The matter has concluded and witness Angel Duran, Booking Number 1200020466, has testified and is no longer needed by the Court as a witness in these proceedings. Accordingly, the writ of habeas corpus ad testificandum as to this witness is HEREBY DISCHARGED.

DATED: 1/24/13                             _____
                                                              BARBARA A. McAULIFFE
                                                              UNITED STATES MAGISTRATE JUDGE

1