


# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROAS V. BARNETT, | CASE NO. 1:05-cv–01022-BAM PC |
| Plaintiff, | NOTICE AND ORDER THAT PLAINTIFF **TROAS V. BARNETT, CDCR E-29521**, IS NO LONGER NEEDED AS WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |
| v. | |
| MARTIN GAMBOA, ANGEL DURAN, and MANUEL TORRES, | |
| Defendants. | |

Jury trial in this matter commenced on January 22, 2013. Plaintiff, Troas V. Barnett, CDCR E-29521, has testified and is no longer needed by the Court as a witness in these proceedings. Accordingly, the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

DATED: 1/24/13

BARBARA A. McAULIFFE
UNITED STATES MAGISTRATE JUDGE

1