UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROAS V. BARNETT,<br><br>    Plaintiff,<br><br>    v.<br><br>MARTIN GAMBOA, et al.,<br><br>    Defendants. | Case No.: 1:05-cv-01022-BAM PC<br><br>ORDER RE: MOTIONS FOR TRIAL TRANSCRIPTS<br><br>(ECF Nos. 313, 318) |

Plaintiff Troas V. Barnett ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this action. Following a jury trial, special verdict and entry of judgment in favor of Defendants, this matter currently is on appeal to the Ninth Circuit.

On July 12, 2013, the Ninth Circuit Court of Appeals authorized the production of the reporter's transcripts of the trial at government expense. (ECF No. 312.) On July 31, 2013, Plaintiff requested a copy of the reporter's transcripts as authorized by the Ninth Circuit Court of Appeals. (ECF No. 313.) On September 4, 2013, the reporter's transcripts were filed on the docket. (ECF Nos. 314, 315, 316.) On November 22, 2013, Plaintiff filed a notice that he had not received the transcripts and requested their immediate production. (ECF No. 314.)

On November 27, 2013, copies of the reporter's transcripts of the jury trial were mailed to Plaintiff at Calipatria State Prison. As Plaintiff has been mailed a copy of the reporter's transcripts for

1  trial (January 22, 23, and 24, 2013), his pending requests for a copy of the reporter's transcripts are
2  unnecessary and denied as moot.
3  IT IS SO ORDERED.

4     Dated:   **December 2, 2013**             /s/ Barbara A. McAuliffe
5                                           UNITED STATES MAGISTRATE JUDGE