# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROAS V. BARNETT,<br><br>        Plaintiff,<br><br>    v.<br><br>MARTIN GAMBOA, et al.,<br><br>        Defendants. | Case No.: 1:05-cv-01022-BAM PC<br><br>ORDER OF REFERRAL TO PRO BONO COORDINATOR |

Plaintiff Troas Barnett appealed a jury verdict that rejected his pro se claims, brought pursuant to 42 U.S.C. § 1983, alleging excessive force by prison guards. On March 25, 2015, the Court of Appeals for the Ninth Circuit reversed the district court's judgment and remanded the matter for a new trial.

At the Ninth Circuit's direction, and following consideration of the issues in this case, the Court finds it appropriate to appoint voluntary pro bono counsel, if available, for Plaintiff Troas Barnett at trial. Accordingly, this matter shall be referred to the Eastern District of California's Pro Bono Director, Sujean Park, for assistance in identifying voluntary pro bono counsel willing to accept appointment.

Following appointment of voluntary pro bono counsel, if available, the Court will set this matter for a telephonic status conference to address potential trial dates and related trial issues, including the final pretrial order, motions in limine, trial witnesses and evidence.

IT IS SO ORDERED.

Dated:  **April 1, 2015**          /s/ *Barbara A. McAuliffe*
                                                             UNITED STATES MAGISTRATE JUDGE