UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROAS V. BARNETT,<br><br>        Plaintiff,<br><br>    v.<br><br>MARTIN GAMBOA, et al.,<br><br>        Defendants. | Case No.: 1:05-cv-01022-BAM PC<br><br>ORDER APPOINTING COUNSEL |

      Plaintiff Troas V. Barnett ("Plaintiff"), a state prisoner, is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On April 1, 2015, at the Ninth Circuit's direction, and following consideration of the issues in this case, the court found it appropriate to appoint voluntary pro bono counsel for Plaintiff at trial and referred this matter to the Eastern District of California's Pro Bono Director for assistance in identifying voluntary pro bono counsel willing to accept appointment.  (ECF No. 323.)  Angelina Z. Bradley has been selected from the court's pro bono attorney panel to represent Plaintiff and she has agreed to be appointed.

      Accordingly, IT IS HEREBY ORDERED that:

1. Angelina Z. Bradley is appointed as counsel in the above entitled matter.
2. Appointed counsel shall notify Sujean Park at (916) 930-4278, or via email at spark@caed.uscourts.gov if she has any questions related to the appointment.

3. The Clerk of the Court is directed to serve a copy of this order upon Angelina Z. Bradley, P. O. Box 1123, Lemoore, California 93245.

IT IS SO ORDERED.

Dated:   **April 27, 2015**                               /s/ *Barbara A. McAuliffe*
                                                    UNITED STATES MAGISTRATE JUDGE