1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| TROAS V. BARNETT, | ) | Case No.: 1:05-cv-01022-BAM PC |
| | ) | |
| Plaintiff, | ) | ORDER SETTING TELEPHONIC STATUS |
| | ) | CONFERENCE |
| v. | ) | |
| | ) | Date:  May 19, 2015 |
| MARTIN GAMBOA, et al., | ) | Time:  10:00 a.m. |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

Plaintiff Troas Barnett appealed a jury verdict that rejected his pro se claims, brought pursuant to 42 U.S.C. § 1983, alleging excessive force by prison guards.  On March 25, 2015, the Court of Appeals for the Ninth Circuit reversed the district court's judgment and remanded the matter for a new trial.  The Ninth Circuit issued its mandate on April 24, 2015.  On April 27, 2015, the Court appointed voluntary pro bono counsel to represent Plaintiff at trial.

As a new trial date has not been scheduled, the Court HEREBY SETS this matter for a telephonic status conference on **May 19, 2015, at 10:00 a.m.** before the undersigned.  The parties shall appear telephonically at the status conference by arranging a one-line conference call and adding the Court at (559) 499-5789.  The parties' counsel shall be prepared to address potential trial dates and related trial issues, including the final pretrial order, motions in limine, trial witnesses and evidence. IT IS SO ORDERED.

Dated:   **April 28, 2015**            /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28