# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROAS V. BARNETT,<br><br>    Plaintiff,<br><br>  v.<br><br>MARTIN GAMBOA, et al.,<br><br>    Defendants. | Case No.: 1:05-cv-01022-BAM PC<br><br>ORDER STRIKING MOTION REQUESTING SCHEDULING ORDER AND BRIEFING SCHEDULE<br><br>(ECF No. 331) |

     Plaintiff Troas Barnett ("Plaintiff") is a state prisoner proceeding in this civil rights action pursuant to 42 U.S.C. § 1983. On April 27, 2015, Angelina Z. Bradley was appointed as volunteer pro bono counsel to represent Plaintiff at trial. (ECF No. 325.) On July 1, 2015, this Court issued a scheduling order in this matter. (ECF No. 330.)

     On August 19, 2015, Plaintiff filed a motion on his own behalf as a "party of interest" requesting a scheduling order and briefing schedule for this matter. (ECF No. 331.) Plaintiff also discusses in the motion the Court's authority regarding setting settlement conferences. This motion was not signed by counsel.

     Under Federal Rule of Civil Procedure 11(a), every pleading, written motion, and other paper must be signed by at least one attorney of record in the attorney's name. Fed. R. Civ. P. 11(a). A party should only personally sign if unrepresented. See id. Since Plaintiff is represented by counsel in this action, unless and until Plaintiff's counsel files a motion to withdraw, he may not file motions on his own behalf. Plaintiff's motion is improper, and will therefore be stricken. Plaintiff is warned that the Court will not consider any future improperly filed motions.

1  Ms. Bradley, who will be informed of this order through the Court's CM/ECF notification
2  system by email, is encouraged to discuss this order with Plaintiff, and to continue communicating
3  with him in a manner that keeps him reasonably informed about significant developments in this
4  matter.
5  Accordingly, it is HEREBY ORDERED that Plaintiff's motion requesting a scheduling order
6  and briefing schedule is STRICKEN.
7  IT IS SO ORDERED.

Dated:  **August 21, 2015**      /s/ *Barbara A. McAuliffe*
                                 UNITED STATES MAGISTRATE JUDGE