**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TROAS V. BARNETT,<br><br>          Plaintiff,<br><br>     v.<br><br>MARTIN GAMBOA, et al.,<br><br>          Defendants. | Case No.: 1:05-cv-01022-BAM PC<br><br>ORDER DIRECTING COUNSEL TO PROVIDE STATUS OF PLAINTIFF'S FILE BY NOVEMBER 6, 2015<br><br>ORDER DIRECTING CLERK OF COURT TO SERVE ORDER ON COUNSEL |

Plaintiff Troas Barnett ("Plaintiff") is a state prisoner proceeding in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The parties have consented to the jurisdiction of the Magistrate Judge in this matter. (Plaintiff's consent, ECF No. 9; Defendants' consent, ECF No. 62.)

On October 21, 2015, the Court granted the motion of Angelina Z. Bradley to withdraw as counsel for Plaintiff. (ECF No. 339.) Plaintiff now proceeds pro se in this matter.

On November 2, 2015, Plaintiff requested an extension of time to file his pretrial statement and written request for the attendance of incarcerated witnesses, currently due on November 19, 2015. (ECF No. 340.) In support, Plaintiff explained that as of the date he mailed the motion for filing, on October 28, 2015, he had not yet received his litigation file from former counsel, Ms. Bradley, and he requires the file to draft the documents currently due.

To address Plaintiff's motion and to ensure this matter proceeds without undue delay, the Court requires information from Plaintiff's former counsel regarding the status of his case file.

///

///

1

1     Accordingly, the Court HEREBY ORDERS as follows:

2     1.    Plaintiff's former counsel Angelina Z. Bradley is DIRECTED to file a report with this Court, with a copy served on Plaintiff, regarding the status of Plaintiff's case file, by **noon on Friday, November 6, 2015**; and

    2.    The Clerk of the Court is DIRECTED to electronically serve a copy of this order on Plaintiff's former counsel, Angelina Z. Bradley, at counsel's email address of record (angelinaeugenio@gmail.com).

IT IS SO ORDERED.

    Dated:   **November 3, 2015**        /s/ *Barbara A. McAuliffe*
                                                       UNITED STATES MAGISTRATE JUDGE