IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

Troas V. Barnett

           Plaintiff(s)

vs.

David Norman, et al.

           Defendants.

No. 05-CV-01022-BAM

REQUEST FOR AUTHORITY TO INCUR COSTS (APPOINTED COUNSEL) AND REQUEST FOR PAYMENT

FILED OCT 27 2015

### REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES

Complete this form and return it to the court (with two copies) for approval prior to incurring the cost for which reimbursement is requested.

I, Angelina Z. Bradley, attorney for plaintiff(s), declare as follows:

I was appointed to represent plaintiff(s) in this action on April 27, 2015, by the Honorable Barbara A. McAuliffe, United States District Judge/Magistrate Judge. I believe that the following course of action is reasonably necessary to the prosecution of this action:

> A meeting with the client at Calipatria State Prison. This meeting will establish rapport between me and Mr. Barnett and allow us to communicate more freely (client has hearing loss which makes telephone contact difficult). This meeting will also set the direction of his case moving forward. I anticipate this will be the only in-person meeting.
>
> From my home office in Lemoore, CA to the Calipatria State Prison is 398 miles; round-trip is 796 miles. At the current reimburseable rate of $0.575/mile, my travel expense would be $457.70. Because the drive is over 6 hours one-way, I will require overnight lodging. The per-diem rate in El Centro, CA (the closest city) is $129.00.

Counsel seeking reimbursement must support all claimed expenses by submitting invoices, receipts or similar documentation. Without such documentation, counsel will not be reimbursed.

I have made reasonable inquiry and believe that the cost of this course of action will not exceed the amount of $ 586.70.

I therefore request that this court authorize the expenditure in an amount not to exceed that stated above for the completion of this contemplated course of action.

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES - PAGE 2

Case Number: 05-CV-01022-BAM

The following payments of costs have been heretofore approved in this matter:

| Amount Approved | Purpose | Amount Paid |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 16 day of June, 20 26, at Fresno, California.

Angelina Z. Bradley
Attorney for Plaintiff(s)

The above expenditure is __✓__ Approved    _____ Denied

Or,

_____ Good cause appearing therefore, this matter is set for discovery conference, pursuant to rule _____, on _____, at _____, ___.M. in Courtroom Number_____.

Dated: 10/27/15

United States District Judge/Magistrate Judge