**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TROAS V. BARNETT, | Case No.: 1:05-CV-01022-BAM (PC) |
| Plaintiff, | ORDER TO RECAPTION CASE |
| v. | |
| DAVID NORMAN, et al., | |
| Defendants. | |

Currently this action currently proceeds only against Defendants Martin Gamboa, Angel Duran, and Manuel Torres. Therefore, the caption should reflect that this action no longer proceeds against Defendants David Norman, A. Castro, Tracy Jackson, A. Fourch, J. Prudhomme, D. Fulks, Jason Barba, K. Curtiss, Michael Pallares, and K. Lennon. Accordingly, the caption for this case shall be as follows:

///

///

///

///

///

///

///

///

| | | |
|---|---|---|
| 1 | TROAS V. BARNETT, | ) Case No.: 1:05-CV-01022-BAM (PC) |
| 2 | Plaintiff, | ) |
| 3 | v. | ) |
| 4 | MARTIN GAMBOA, et al., | ) |
| 5 | Defendants. | ) |

IT IS SO ORDERED.

Dated:  **December 4, 2015**          /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE

2