UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROAS V. BARNETT,<br><br>        Plaintiff,<br><br>   v.<br><br>MARTIN GAMBOA, et al.,<br><br>        Defendants. | Case No.: 1:05-cv-01022-BAM (PC)<br><br>ORDER REGARDING PLAINTIFF'S REQUEST FOR STIPULAITON REGARDING USE OF DOCUMENTS AT TRIAL<br><br>(ECF No. 347) |

     Plaintiff Troas Barnett ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The parties have consented to magistrate judge jurisdiction. (Plaintiff's consent, ECF No. 9; Defendants' consent, ECF No. 62.) This action proceeds on Plaintiff's claims that Defendants Gamboa, Duran, and Torres used excessive physical force against him in violation of his rights under the Eighth Amendment of the United States Constitution and that Defendant Torres failed to intervene to protect Plaintiff from harm in violation of his rights under the Eighth Amendment. A jury trial is set to commence in this matter on February 23, 2016.

     On November 5, 2015, Plaintiff filed a request for stipulations regarding the admissibility of various documents. (ECF No. 347.) At the telephonic trial confirmation hearing in this matter, held on December 17, 2015, the parties did not agree to any stipulations. Nevertheless, the parties may and are encouraged to continue to discuss any stipulations between them that they feel may streamline the trial in this matter. The parties may inform the Court at any time if they have reached any stipulations that they request the Court to accept.

Accordingly, it is HEREBY ORDERED that Plaintiff's request for stipulation regarding use of documents at trial, (ECF No. 347), is DENIED, without prejudice.

IT IS SO ORDERED.

Dated: **December 18, 2015**          /s/ *Barbara A. McAuliffe*
                                       UNITED STATES MAGISTRATE JUDGE