# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROAS V. BARNETT,<br><br>    Plaintiff,<br><br>  v.<br><br>MARTIN GAMBOA, et al.,<br><br>    Defendants. | Case No.: 1:05-cv-01022-BAM (PC)<br><br>ORDER REGARDING PLAINTIFF'S REQUEST THAT COURT SET TIME FOR CONFERENCE FOR PURPOSE OF SETTING INSTRUCTIONS PURSUANT TO U.S.D.C. L.R. 51-163(f)<br><br>(ECF No. 351) |

Plaintiff Troas Barnett ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The parties have consented to magistrate judge jurisdiction. (Plaintiff's consent, ECF No. 9; Defendants' consent, ECF No. 62.) This action proceeds on Plaintiff's claims that Defendants Gamboa, Duran, and Torres used excessive physical force against him in violation of his rights under the Eighth Amendment of the United States Constitution and that Defendant Torres failed to intervene to protect Plaintiff from harm in violation of his rights under the Eighth Amendment. A jury trial is set to commence in this matter on February 23, 2016.

On November 5, 2015, Plaintiff filed a motion pursuant to Local Rule 163(f), requesting the Court set a time for a conference for the purpose of setting jury instructions. (ECF No. 351.)

As set forth in the December 18, 2015 pretrial order previously issued this matter, Plaintiff may, but is not required to, file and serve proposed jury instructions on or before February 2, 2016. On the day of trial, the Court will, according to its usual practice, provide the parties with a copy of the Court's proposed jury instructions, which will be prepared after considering any proposed instructions submitted by the parties. Then, in conformance with Local Rule 163(f) and before the instructions will

1

be given, the Court will hold a hearing on the record and outside the presence of the jury for the purpose of permitting Plaintiff and defense counsel to voice any objections concerning the instructions.

Accordingly, it is HEREBY ORDERED that Plaintiff's motion requesting court set time for conference for purposes of setting instructions pursuant to U.S.D.C. L.R. 51-163(f), (ECF No. 351), is DENIED as moot.

IT IS SO ORDERED.

Dated: __December 18, 2015__          /s/ *Barbara A. McAuliffe*
                                          UNITED STATES MAGISTRATE JUDGE

2