UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROAS V. BARNETT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MARTIN GAMBOA, et al.,<br><br>　　　　Defendants. | Case No.: 1:05-cv-01022-BAM (PC)<br><br>ORDER DENYING AS MOOT PLAINTIFF'S MOTION FOR ORDER OR DIRECTIVE REGARDING FILING OF JURY INSTRUCTIONS AND LABELING OF TRIAL EXHIBITS<br><br>(ECF No. 377) |

　　　　Plaintiff Troas Barnett ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The parties have consented to magistrate judge jurisdiction. (ECF Nos. 9, 62.) This action proceeds on Plaintiff's claims that Defendants Gamboa, Duran, and Torres used excessive physical force against him in violation of his rights under the Eighth Amendment of the United States Constitution and that Defendant Torres failed to intervene to protect Plaintiff from harm in violation of his rights under the Eighth Amendment. A jury trial is set to commence in this matter on February 23, 2016.

　　　　On December 24, 2015, Plaintiff filed a motion seeking an order or directive regarding the filing of jury instructions and labeling of trial exhibits. (ECF No. 377.) Plaintiff states that in absence of a court order regarding jury instructions, labeling of trial exhibits, and motions in limine in this matter, he cannot verify the deadlines in this matter, access the legal library facilities, and has no priority legal user status.

　　　　Plaintiff's request for an order regarding these matters is moot.  In pertinent part, the December 18, 2015 pretrial order in this case already set forth the following deadlines and instructions:

1

1. Plaintiff is not required to file proposed jury instructions but if he wishes to do so, he must file them on or before **February 2, 2016**;

2. The original and two (2) copies of all trial exhibits, along with exhibit lists, shall be submitted to Courtroom Deputy Harriet Herman no later than **February 2, 2016**. The parties shall also serve one (1) copy of all trial exhibits, along with their exhibit list, on each other no later than **February 2, 2016**. Plaintiff's exhibits shall be pre-marked with the prefix "PX" and numbered sequentially beginning with 100 (e.g., PX-100, PX-101, etc.); and

3. Any motion in limine must be served on the other party, and filed with the Court by **January 8, 2016**. Any motion in limine must clearly identify the nature of the evidence that the moving party seeks to prohibit the other side from offering at trial. Any opposition to a motion in limine must be served on the other party, and filed with the Court by **January 20, 2016**. No reply briefs shall be submitted by the parties. An order may be issued prior to trial resolving these motions. Otherwise, a motion in limine hearing will be held, telephonically, on **February 2, 2016 at 10:00 a.m. in Courtroom 8 (BAM)**.

(ECF No. 368, pp. 13-15.) This order was served on Plaintiff by the Clerk of the Court via mail on December 18, 2015.

Accordingly, it is HEREBY ORDERED that Plaintiff's motion for an order or directive regarding filing jury instructions and labeling of trial exhibits (ECF No. 377) is DENIED as moot.

IT IS SO ORDERED.

Dated:   **December 29, 2015**         /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE