1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TROAS V. BARNETT,<br><br>               Plaintiff,<br><br>     v.<br><br>MARTIN GAMBOA, et al.,<br><br>               Defendants. | Case No.: 1:05-cv-01022-BAM (PC)<br><br>DEFENDANTS' REQUEST FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO PRODUCE DEFENDANT ANGEL DURAN AT TRIAL<br><br>(ECF No. 383) |

Plaintiff Troas Barnett ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The parties have consented to magistrate judge jurisdiction. (ECF Nos. 9, 62.) Currently before the Court is Defendants request that the Court issue a writ of habeas corpus ad testificandum to produce Defendant Angel Duran in person for the jury trial in this matter beginning on February 23, 2016, and from day to day thereafter until such proceedings are complete or as otherwise ordered by the Court. As Defendant Duran is both a defendant and a necessary witness for the trial in this matter, Defendants' request is granted.

Accordingly, it is HEREBY ORDERED that Defendants' request for a writ of habeas corpus ad testificandum to produce Defendant Angel Duran is GRANTED. An appropriate writ will issue separately.

IT IS SO ORDERED.

Dated:   **January 25, 2016**           /s/ *Barbara A. McAuliffe*
                                   UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28