UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROAS V. BARNETT, <br> Plaintiff, <br><br> v. <br><br><br> MARTIN GAMBOA, et al., <br> Defendants. | 1:05-cv-01022-BAM  (PC) <br><br> ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO PRODUCE JORGE LUIS MANRIQUE, CDC # T-86492, PLAINTIFF'S WITNESS, **VIA VIDEOCONFERENCE** <br><br> DATE: February 23, 2016 <br> TIME:  1:00 p.m. |

**Jorge Luis Manrique, inmate, CDC #T-86492**, a necessary and material witness for the Plaintiff in proceedings in this case on February 23, 2016, is confined at High Desert State Prison, 475-750 Rice Canyon Road, Susanville, CA 96127, in the custody of the Warden.  In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate **via videoconference from High Desert State Prison** before Judge Barbara A. McAuliffe on February 23, 2016, at 1:00 p.m.

**ACCORDINGLY, IT IS ORDERED that:**

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify **via videoconference from High Desert State Prison** at the date and time above, until completion of the court proceedings or as ordered by the court;

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: The Warden of High Desert State Prison**

**WE COMMAND** you to produce the inmate named above to testify **via videoconference from High Desert State Prison** at the date and time above, and until completion of the proceedings, or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated**:**   __January 25, 2016__        ___/s/ Barbara A. McAuliffe___

UNITED STATES MAGISTRATE JUDGE

