**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TROAS V. BARNETT,<br><br>            Plaintiff,<br><br>       v.<br><br>MARTIN GAMBOA, et al.,<br><br>            Defendants. | Case No.: 1:05-cv-01022-BAM (PC)<br><br>**ORDER REGARDING NOTICE OF SETTLEMENT**<br><br>(ECF No. 403)<br><br>**ORDER VACATING PENDING DEADLINES, FEBRUARY 2, 2016 HEARING DATE, AND FEBRUARY 23, 2016 TRIAL DATE** |

   Plaintiff Troas Barnett ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The parties have consented to magistrate judge jurisdiction. (ECF Nos. 9, 62.) A telephonic hearing on the parties' motions in limine is currently scheduled for February 2, 2016, and a jury trial is set for February 23, 2016.

   On January 26, 2016, Defendants A. Duran, Martin Gamboa, and M. Torres filed a "Notice of Settlement" indicating that the parties have reached a settlement of all claims in this case. (ECF No. 403.) The notice states that the parties are in the process of signing a written settlement agreement and release, and it is anticipated that settlement funds will be paid no later than July 25, 2016. Defendants also request that the Court retain jurisdiction of this case, and that all dates, deadlines, and hearings be vacated and/or continued to July 25, 2016 to allow for the settlement to be completed.

   Based on Defendants' notice, the Court HEREBY ORDERS as follows:

   1.  The motion in limine hearing date of February 2, 2016 is VACATED;

///

2. The trial date of February 23, 2016 is VACATED. Separate orders will issue vacating any writs of habeas corpus ad testificandum associated with the trial in this matter;

3. Any and all other pending deadlines are VACATED; and,

4. Defendant shall file a status report by March 26, 2016 regarding the status of the settlement and anticipated filing date of appropriate papers to dismiss or conclude this action in its entirety.

IT IS SO ORDERED.

Dated: **January 26, 2016**     /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE