**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TROAS V. BARNETT,<br><br>          Plaintiff,<br><br>     v.<br><br>MARTIN GAMBOA, et al.,<br><br>          Defendants. | Case No.: 1:05-cv-01022-BAM (PC)<br><br>**ORDER VACATING WRIT OF HABEAS CORPUS AD TESTIFICANDUM DIRECTING TRANSPORTATION OF INMATE ANGEL DURAN, CDC# AV-2352**<br><br>(ECF No. 399)<br><br>**ORDER DIRECTING CLERK'S OFFICE TO SERVE ORDER BY E-MAIL ON SALINAS VALLEY STATE PRISON** |

Plaintiff Troas Barnett ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The parties have consented to magistrate judge jurisdiction. (ECF Nos. 9, 62.)

On January 26, 2016, the Court issued a writ of habeas corpus ad testificandum directing the production of Angel Duran, inmate, CDC #AV-2352, for trial on February 23, 2016, as a defendant and a witness in this matter. (ECF No. 399.) Now, the case has resolved and the Court has vacated the February 23, 2016 trial date. Therefore, the transportation writ for Inmate Duran shall be vacated.

Accordingly, it is HEREBY ORDERED that:

1. The writ of habeas corpus ad testificandum directing the production of Angel Duran, inmate, CDC #AV-2352, is VACATED; and,

1

2. The Clerk's Office shall serve a courtesy copy of this order by e-mail on the Litigation Office at Salinas Valley State Prison.

IT IS SO ORDERED.

Dated: **January 27, 2016**          /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE