**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TROAS V. BARNETT,<br><br>        Plaintiff,<br><br>    v.<br><br>MARTIN GAMBOA, et al.,<br><br>        Defendants. | Case No.: 1:05-cv-01022-BAM (PC)<br><br>**ORDER OF DISMISSAL**<br><br>**ORDER TO CLERK OF COURT TO CLOSE CASE** |

Plaintiff Troas Barnett ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The parties have consented to magistrate judge jurisdiction. (ECF Nos. 9, 62.) On March 24, 2016, defense counsel filed a status report stating that settlement monies were posted to Plaintiff's trust account that day, with confirmation pending. (ECF No. 410.) On March 28, 2016, Defendants filed a stipulation of dismissal, signed by Plaintiff and defense counsel, confirming this action is resolved in its entirety. (ECF No. 411.)

Accordingly, this action is DISMISSED with prejudice pursuant to Rule 41(a)(1)(A)(ii) and 41(a)(2) of the Federal Rules of Civil Procedure. Each party shall bear his own litigation costs and attorney's fees. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **March 29, 2016**                    /s/ *Barbara A. McAuliffe*
                                             UNITED STATES MAGISTRATE JUDGE